United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10781-mdc |
| Nakiya Wright | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 28, 2021 | Form ID: pdf900 | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nakiya Wright, 6209 Lansdowne Ave., Philadelphia, PA 19151-3401 |
| 14051401 | + | AMEX Department Stores N, P.O. BOX 8218, Attn: Bankrutpcy Dept., Mason, OH 45040-8218 |
| 14051403 | + | Continental Finance Co., P.O. BOX 8099, Attn: Bankruptcy Dept., Newark, DE 19714-8099 |
| 14051404 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, DSNB/Macy's, P.O. BOX 8218, Attn: Bankruptcy Dept., Mason, OH 45050 |
| 14082512 | + | FREEDOM MORTGAGE CORPORATION, Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 14559387 | + | FREEDOM MORTGAGE CORPORATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14051405 | | Freedom Mortgage, P.O. BOX 619063, Attn: Bankruptcy Dept., Dallas, TX 75261-9063 |
| 14299936 | + | Freedom Mortgage Corporation, c/o Maria Tsagaris, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14051409 | + | Philadelphia Federal Credit Union, 12800 Townsend Road, Attn: Bankruptcy Dept., Philadelphia, PA 19154-1095 |
| 14051412 | + | TD Bank USA/Target Credit, P.O. BOX 673, Attn: Bankruptcy Dept., Minneapolis, MN 55440-0673 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 29 2021 01:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 29 2021 01:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 29 2021 01:49:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jan 29 2021 02:58:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jan 29 2021 02:56:24 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14170170 | | Email/Text: megan.harper@phila.gov | Jan 29 2021 01:49:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14051402 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Jan 29 2021 02:56:28 | Capital One Auto Finance, P.O. BOX 259407, Attn: Bankruptcy Dept., Plano, TX 75025-9407 |
| 14053442 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jan 29 2021 02:56:26 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14067917 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jan 29 2021 02:56:26 | Capital One Auto Finance, c/o AIS Portfolio Servic, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14087187 | | Email/Text: G06041@att.com | | |

Case 18-10781-mdc    Doc 98    Filed 01/30/21    Entered 01/31/21 00:44:26    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 28, 2021 | Form ID: pdf900 | Total Noticed: 31 |

| | | | |
|---|---|---|---|
| | | Jan 29 2021 01:49:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14051406 | + Email/Text: bankruptcy@huntington.com | Jan 29 2021 01:49:00 | Huntington National Bank, P.O. BOX 1558, Attn: Bankruptcy Dept., Columbus, OH 43216-1558 |
| 14051407 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 29 2021 02:56:28 | LVNV Funding LLC, c/o Resurgent Capital, P.O. BOX 10497, Attn: Bankruptcy Dept., Greenville, SC 29603-0497 |
| 14090537 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 29 2021 02:54:53 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14077642 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 29 2021 01:49:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14051408 | + Email/PDF: pa_dc_claims@navient.com | Jan 29 2021 02:56:28 | Navient, 123 Justison Street, 3rd floor, Attn: Bankruptcy Dept., Wilmington, DE 19801-5363 |
| 14105398 | Email/PDF: pa_dc_claims@navient.com | Jan 29 2021 02:58:01 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14051410 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 29 2021 02:58:00 | Portfolio Recovery, 120 Corporate Blvd., Suite 100, Attn: Bankruptcy Dept., Norfolk, VA 23502 |
| 14073847 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 29 2021 02:54:52 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14051843 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 29 2021 02:54:52 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14051411 | Email/PDF: gecsedi@recoverycorp.com | Jan 29 2021 02:56:24 | SYNCB/Walmart, P.O. BOX 965024, Attn: Bankruptcy Dept., Orlando, FL 32896-5024 |
| 14051413 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 29 2021 01:48:00 | Verizon, 500 Technology Drive, Attn: Bankruptcy Dept., Weldon, MO 63304-2225 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 30, 2021         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2021 at the address(es) listed below:

**Name**         **Email Address**

| Name | Details |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Philadelphia Federal Credit Union jschwartz@mesterschwartz.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com |
| JEROME B. BLANK | on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com |
| JODI L. HAUSE | on behalf of Creditor Freedom Mortgage Corporation jodi.hause@phelanhallinan.com  paeb@fedphe.com |
| MARIO J. HANYON | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  wbecf@brockandscott.com |
| MICHAEL A. LATZES | on behalf of Debtor Nakiya Wright efiling@mlatzes-law.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| ROBERT J. DAVIDOW | on behalf of Creditor Freedom Mortgage Corporation robert.davidow@phelanhallinan.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 12

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
NAKIYA  WRIGHT

Chapter 13

Debtor

Bankruptcy No. 18-10781-MDC

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

January 28, 2021

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL A LATZES ESQUIRE
1528 WALNUT STREET
STE 700
PHILA, PA 19102-

Debtor:
NAKIYA  WRIGHT

6209 LANSDOWNE AVE

PHILADELPHIA, PA 19151